**Order entered June 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00020-CV

### SEAN PAGE, Appellant

### V.

### GUADALUPE DE LA CRUZ, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-05249-2020**

## ORDER

The court reporter has informed the Court that no hearings were recorded in this case. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant shall file his brief on the merits on or before **June 27, 2022**.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE